FILED 7/1/2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT VJD

1:24-cr-00326
Judge Virgina M. Kendall
Magistrate Judge Jeannice W. Appenteng
Random/Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAJAH PAYNE | Case No.<br><br>Violation: Title 18, United States Code, Section 656<br><br>**INFORMATION** |

The ACTING UNITED STATES ATTORNEY charges:

On or about June 14, 2022, at Clarendon Hills, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAJAH PAYNE,

defendant herein, being employed by the Hinsdale Bank & Trust Company, N.A., the deposits of which were insured by the Federal Deposit Insurance Corporation, did embezzle, abstract, purloin, and willfully misapply in excess of $1,000, belonging to and entrusted to the care and custody of Hinsdale Bank & Trust Company, N.A., which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 656 and 2.

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2023.12.18 11:53:07 -06'00'

Signed by Erika L. Csicsila for the
ACTING UNITED STATES ATTORNEY